Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 3 0 2018

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   INDICTMENT
                                   :
       - v. -                      :   18 Cr.
                                   :
RODIN DIAZ,                        :   18 CRIM 540
                                   :
       Defendant.                  :
                                   :
- - - - - - - - - - - - - - - - - x

## COUNT ONE

### (Conspiracy to Commit Wire Fraud)

The Grand Jury charges:

1. From at least in or about March 2013 up to and including at least in or about March 2018, in the Southern District of New York and elsewhere, RODIN DIAZ, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and object of the conspiracy that RODIN DIAZ, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate

and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

(Title 18, United States Code, Section 1349.)

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Indictment, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

### Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

                    e.    has been commingled with other property which

              cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21,

United States Code, Section 853(p) and Title 28, United States

Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable

property.

              (Title 18, United States Code, Section 981;
              Title 21, United States Code, Section 853; and
              Title 28, United States Code, Section 2461.)

_____          _____
FOREPERSON                          GEOFFREY S. BERMAN
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**RODIN DIAZ,**

Defendant.

---

**INDICTMENT**

18 Cr.

(18 U.S.C. § 1349.)

GEOFFREY S. BERMAN
United States Attorney

*/s/ Foreperson*

---

7/30/18   Filed Indictment   USAJ Gorenstein
Case assigned to Judge McMahon