```
     J63AACAPC                    Conference

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              18 CR 540 (CM)

 5   RODIN DIAZ, ET AL.,

 6                    Defendants.

 7   ------------------------------x
                                                New York, N.Y.
 8                                               June 3, 2019
                                                 2:15 p.m.
 9

10
     Before:
11
                     HON. COLLEEN MCMAHON,
12
                                        District Judge
13

14                           APPEARANCES

15   GEOFFREY S. BERMAN
          United States Attorney for the
16        Southern District of New York
     TIMOTHY CAPOZZI
17        Assistant United States Attorney

18   JASON E. FOY
          Attorney for Defendant Diaz
19
     LAWRENCE M. FISHER
20        Attorney for Defendant Capellan

21

22

23

24

25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

J63AACAPC                     Conference

|   |   |
|---|---|
| 1 | (Case called) |
| 2 | MR. CAPOZZI:  Timothy Capozzi, for the United States. |
| 3 | MR. FOY:  May it please the Court, Jason Foy, for |
| 4 | Mr. Rodin Diaz seated to my left. |
| 5 | Good afternoon, your Honor |
| 6 | MR. FISHER:  Good afternoon. |
| 7 | Lawrence Fisher, for Mr. Capellan. |
| 8 | THE COURT:  Good afternoon. |
| 9 | So what's the deal here? |
| 10 | MR. CAPOZZI:  Your Honor, the government and the two |
| 11 | defendants have engaged in substantial discussions of pretrial |
| 12 | resolution.  Neither defendant has reached a resolution with |
| 13 | the government yet.  The parties have conferred and would |
| 14 | request if the Court is inclined to grant it that we set a |
| 15 | conference for August 15, at which time we could reconvene and |
| 16 | hopefully there will be some developments in the meantime.  Of |
| 17 | course if there are, the parties will alert the Court but if |
| 18 | that date works for the Court, we would recommend it. |
| 19 | THE COURT:  I'll be on trial.  I'll be here two |
| 20 | o'clock.  Let's be real prompt because I'll have a jury trial. |
| 21 | So two o'clock and time is excluded in the interest of |
| 22 | justice, conference at the request of defense counsel and |
| 23 | government jointly.  And if you come to some resolution earlier |
| 24 | and you want to take it to the magistrate judge, feel free to |
| 25 | do that.  OK? |

J63AACAPC                    Conference

1            MR. FOY:  With regards to the 15th, I think it's good
2     date.  I am not trying to change it.  I just foresee the
3     possibility that there could be a change because of my personal
4     schedule.  It doesn't mean that's going to happen.
5            THE COURT:  Right now that's the date.
6            MR. FOY:  That's the date and we'll be here to do it
7     but I didn't want to --
8            THE COURT:  My personal schedule has changed in the
9     last two hours.  So I'm not going to go into what I have to
10    tend to.
11           MR. FOY:  Good luck with that.  Hope you get well
12    soon.
13           THE COURT:  OK.
14           (Adjourned)
15
16
17
18
19
20
21
22
23
24
25