**JEFFREY COHN**
Attorney at Law
501 Fifth Avenue
Suite 2008
New York, New York 10017
Telephone: 646-201-5202
Email: jcohnlaw@hotmail.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2020

February 25, 2020
By ecf
Honorable Colleen McMahon
U.S. District Judge
SDNY
Re: **United States v. Rodin Diaz, 18 Cr 540**

Dear Judge McMahon,

I write to request that the Court modify the bail conditions for Mr. Diaz in the above-referenced case to permit him to visit his mother in West Palm Beach, Florida from March 7-12, 2020. The government, by A.U.S.A. Tim Capozzi, has no objection to this request.

Sincerely

Jeffrey Cohn

[Signed: Colleen McMahon 2/26/2020]