UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,

   -against-                                                                     18 CR 540-01 (CM)

RODIN DIAZ,

   Defendant.

---------------------------------------------------------------x

### ORDER UNSEALING CERTAIN FILINGS AND DOCKET ENTRIES

McMahon, J.:

On February 24, 2020, Rodin Diaz appeared before the Honorable Sarah L. Cave and allocuted to his guilt as charged in Indictment 18 CR 540 (CM) without the benefit of a plea agreement. The guilty plea proceeding was ordered sealed.

On December 5, 2022, Judge Colleen McMahon sentenced defendant to, *inter alia*, six months imprisonment.

The Clerk of the Court is hereby ordered to unseal the documents and docket entries related to the entry of the defendant's plea of guilty to Count 1 of the Indictment (but not the plea agreement or the transcript of the plea, which will remain sealed).

December 5, 2022

                                             Colleen McMahon
                                             United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/22

1