UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

UNITED STATES OF AMERICA,

    -against-                                                          18 CR 540-01 (CM)

RODIN DIAZ,

          Defendant.

———————————————————————x

### ORDER UNSEALING CERTAIN FILINGS AND DOCKET ENTRIES

McMahon, J.:

On February 24, 2020, Rodin Diaz appeared before the Honorable Sarah L. Cave and allocuted to his guilt as charged in Indictment 18 CR 540 (CM) without the benefit of a plea agreement. The guilty plea proceeding was ordered sealed.

On December 5, 2022, Judge Colleen McMahon sentenced defendant to, *inter alia*, six months imprisonment.

The Clerk of the Court is hereby ordered to unseal the documents and docket entries related to the entry of the defendant's plea of guilty to Count 1 of the Indictment (but not the plea agreement or the transcript of the plea, which will remain sealed).

December 5, 2022

                                                 _____
                                                 Colleen McMahon
                                                 United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/22