UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RODIN DIAZ,

      Defendant.

18 CR 540 (CM)

It is hereby ordered that Rodin Diaz, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on March 6, 2023.

_____
UNITED STATES DISTRICT JUDGE

12/5/22
_____
DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____
(Attorney/Witness)

_____
(Defendant)

cc: U.S. Marshal, SDNY
  Probation Dept, SDNY
  U.S. Attorney, SDNY
  Pretrial Office, SDNY
  Defense Counsel

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/22
```