# JEFFREY COHN
## Attorney at Law
### 35 East 85th Street, Suite 4B
### New York, New York, 10028
### 646-201-5202
### jcohnlaw@gmail.com

May 30, 2024

By ecf
Honorable Colleen McMahon
U.S. District Judge
Southern District of New York

Re: *United States v. Rodin Diaz*, 18 Cr. 540 (CM)

Dear Judge McMahon,

    I write to request that the Court "so order" this letter directing the Pre-Trial Services agency to return Mr. Diaz' passport immediately. The government, by AUSA Tim Capozzi, consents to this request.

Sincerely,

*[signature]*

Jeffrey Cohn

copy/     AUSA Tim Capozzi (by ecf)

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/24

**MEMO ENDORSED**

6/6/24
So Ordered — PTS is directed to return passport.

*[signature: Colleen McMahon]*